# AFFIDAVIT OF SERVICE

| Case:<br>21-CV-01288-JEB | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | County: | Job:<br>5679869 (The United States Attorney's Office) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Christine I. O'Neill | | **Defendant / Respondent:**<br>Merrick Garland as Attorney General of the United States, The United States Department of Justice, Janet L. Yellen as Secretary of the Treasury, The United States Department of Treasury, The office of Management and Budget, Mary Patrice Brown as Special Master of the U.S. Victims of State Sponsored Terrorism Fund | | |
| **Received by:**<br>The Wesley Group | | **For:**<br>Anderson Kill PC | |
| **To be served upon:**<br>The United States Attorney's Office | | | |

I, Allison Bernardo, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Olga Ivashina, 501 3RD ST NW 4TH FLOOR, WASHINGTON, DC 20530
**Manner of Service:** Corporation, May 26, 2021, 12:31 pm EDT
**Documents:** Class Action Complaint, Full Package Complaint.pdf

**Additional Comments:**
1) Unsuccessful Attempt: May 14, 2021, 2:15 pm EDT at 501 3RD ST NW 4TH FLOOR, WASHINGTON, DC 20530
I spoke with Ms. Harris - senior paralegal and this office is unable to accept legal documents for other Federal agencies. She stated a Summons must be attached and read: United States Attorney's Office with the address of 501 3rd St NW Washington DC for this office to legally able to accept service as this is the United States Attorneys office for the District of Columbia. Will await further direction from client.

2) Successful Attempt: May 26, 2021, 12:31 pm EDT at 501 3RD ST NW 4TH FLOOR, WASHINGTON, DC 20530 received by Olga Ivashina. Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 125; Height: 5'7"; Hair: Brown; Eyes: Brown; Relationship: Paralegal;

_____   06/01/2021
Allison Bernardo, Process Server   Date

The Wesley Group
107 S. West St. Ste. 417
Alexandria, VA 22314

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
06/01/2021        11/30/2022
Date         Commission Expires

MARK W. HAGOOD
NOTARY PUBLIC
REGISTRATION # 7533351
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES NOV. 30, 2022

**Pluscarr, Alexandra**

| | |
|---|---|
| **From:** | The Wesley Group Inc <notifications@mail.servemanager.com> |
| **Sent:** | Wednesday, May 26, 2021 12:36 PM |
| **To:** | Fraser, Darryl |
| **Subject:** | [ServeManager] Job #5679869 Served |

**EXTERNAL SENDER**

## Served

The Wesley Group Inc. shared a service notification with you:

## Details

**Process Server:** Allison Bernardo

**Date & Time:** May 26, 2021, 12:31 pm EDT

**Service Type:** Corporation

**Description of Service:**

## Recipient

| | |
|---|---|
| Recipient: | Olga Ivashina |
| Age: | 35 |
| Ethnicity: | Caucasian |
| Gender: | Female |
| Weight: | 125 |
| Height: | 5'7" |
| Hair: | Brown |
| Eyes: | Brown |
| Relationship: | Paralegal |

**Description of Recipient:**

## Service Address

501 3RD ST NW 4TH FLOOR, WASHINGTON, DC 20530, DISTRICT OF COLUMBIA

## Job & Case

**Job:** 5679869

1

**Client Job:** The United States Attorney's Office

**Recipient:** The United States Attorney's Office

**Case:** 21-CV-01288-JEB

**Plaintiff:** Christine I. O'Neill

**Defendant:** Merrick Garland as Attorney General of the United States, The United States Department of Justice, Janet L. Yellen as Secretary of the Treasury, The United States Department of Treasury, The office of Management and Budget, Mary Patrice Brown as Special Master of the U.S. Victims of State Sponsored Terroism Fund

**Court:** IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**County:**

**Documents:** Class Action Complaint, Full Package Complaint.pdf

---

## Shared with you by:

The Wesley Group Inc.
The Wesley Group
Info@thewesleygroup.org
202.372.7466